IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| **CHARLES STEVENS** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO. 4:08cv23-LRA** |
| **WILLIE BOOKERT** | **DEFENDANT** |

## FINAL JUDGMENT

Upon due consideration of the Complaint and the sworn testimony presented by Plaintiff Charles Stevens at the omnibus hearing in this cause,

IT IS, HEREBY, ORDERED AND ADJUDGED that the Complaint filed by Charles Stevens is **dismissed with prejudice**, and Final Judgment in favor of Defendant Willie Bookert is hereby entered for the reasons contained in that Memorandum Opinion and Order of this date.

IT IS SO ORDERED, this the 24th day of July, 2009.

S/ Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE